IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON R. PENTA, | No. 2:22-CV-1215-DAD-DMC |
| Plaintiff, | |
| v. | ORDER |
| STEVEN A. BOND, et al., | |
| Defendants. | |

        Plaintiff, who is proceeding pro se, brings this civil action. No timely opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for October 19, 2022, at 10:00 a.m., on Defendants' motions to dismiss, ECF Nos. 21 and 23, before the undersigned in Redding, California, is hereby taken off calendar and the matters are submitted on the record and briefs without oral argument.

        IT IS SO ORDERED.

Dated: September 27, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE